The People of the State of New York v. Charles B. Thomson.— Motion to dismiss appeal granted unless appellant comply with terms stated in order.

Augustus E. Foran v. Royal Bank of Canada.— Motion to dismiss appeal granted, with ten dollars costs.

In the Matter of Emma C. Sands, Deceased.— Motion to dismiss appeal granted, with ten dollars costs.

William R. Ehler v. New York Edison Company.— Motion to dismiss appeal granted, with ten dollars costs.

Louisa B. White v. Henry White.— Motion to dismiss appeal denied, with ten dollars costs.

In the Matter of Jerome Avenue.— Motion to dismiss appeal denied.

Mary A. Finnegan, Individually, etc., v. Jessie McGuffog.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.

Jesse L. Boskowitz, as Administrator, etc., v. Joseph L. Sulzbacher.— Motion to dismiss appeal granted, unless appellant comply with terms stated in order.

Brearley School, Limited, v. Beverly Ward.— Application granted. Order signed.

John Wagner v. The H. Herrmann Lumber Company.— Application denied, with ten dollars costs. Order signed.

John G. Meister v. William H. Woolverton, as President.— Application granted. Order signed.

Joseph McMonagle v. Adrian H. Joline and Others.— Application denied, with ten dollars costs. Order signed.

The People of the State of New York v. Alesandro Bellando, Surety, etc.— Motion granted. Question certified as stated in order.

Mary V. Pyle, Individually, etc., v. James T. Pyle, as Trustee, etc.— Motion granted. Question certified as stated in order.

Fanny Forschirm v. Mechanics and Traders' Bank.— Motion granted.

John A. Philbrick & Brother v. I. Florio Co-operative Association.— Motion granted. Settle order on notice. Question to be certified on settlement of order.

Alfred Bond v. Atlantic Terra Cotta Company and Others.— Motion denied, with ten dollars costs.

Charles J. Brooks v. Racich Asbestos Manufacturing Company.— Motion denied, with ten dollars costs.

P. A. Willcox, as Receiver, v. Georgetown Dock and Terminal Company.— Motion granted.

The People of the State of New York ex rel. William Keating and Others v. Theodore A. Bingham, as Police Commissioner of the City of New York.— Motion granted.